NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

CHAUNCEY ROBINSON, DOC #T22752,    )
                                   )
            Appellant,             )
                                   )
v.                                 )        Case No.  2D19-1121
                                   )
STATE OF FLORIDA,                  )
                                   )
            Appellee.              )
_____)

Opinion filed September 16, 2020.

Appeal from the Circuit Court for
Hillsborough County; Kimberly K.
Fernandez, Judge.

Nicole N. Sanchez of Escobar &
Associates, P.A., Tampa, for Appellant.

Ashley Moody, Attorney General,
Tallahassee, and David Campbell,
Assistant Attorney General, Tampa, for
Appellee.


PER CURIAM.

            Affirmed.



CASANUEVA, SILBERMAN, and LUCAS, JJ., Concur.